FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG S. COLEMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, JO ELLA PHILLIPS PAC, and DR. FRANK SMITH,<br><br>                Defendants. | No.   4:19-cv-05244-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court, without oral argument, is Plaintiff Craig S. Coleman's Motion to Voluntarily Dismiss Complaint, ECF No. 6, and related motion to waive the filing fee. Plaintiff, a prisoner at the Washington State Penitentiary, is proceeding *pro se*. The Court has not ruled on Plaintiff's application to proceed *in forma pauperis*. Defendants have not been served in this action. Consistent with Federal Rule of Civil Procedure 41(a), and for good cause shown, **IT IS HEREBY ORDERED**:

    **1.**    Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 6**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE**.

ORDER DISMISSING CASE - 1

**3.** Plaintiff's motion to waive the filing fee is **DENIED AS MOOT**.

**4.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to *pro se* Plaintiff.

**DATED** this 19th day of November 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE - 2